IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Santiago Abreu, an Individual,
    Plaintiff,

v

Dairy Queen of Kalamazoo, Inc., a
Michigan corporation
    Defendant.

Case No: 1:16-cv-00520-PJG
Magistrate Judge Phillip J. Green

_____/

| | |
|---|---|
| George T. Blackmore (P76942)<br>Chastain & Afshari, LLP<br>Attorney for Plaintiff<br>21411 Civic Center Drive<br>Suite 200<br>Southfield, Michigan 48076<br>(248) 845-8594 | James R. Shinar (P42324)<br>Shamra M. VanWagoner (P44020)<br>VanWagoner Shinar Law Firm, PLLC<br>Attorney for Defendant<br>1000 West Michigan Avenue<br>Kalamazoo, Michigan 49006<br>(269) 382-1483 |

_____/

## STIPULATION AND ORDER OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, by and through their respective counsel, that all matters in controversy having been settled, this cause may be dismissed with prejudice and without costs, interest or attorney fees.

Dated: 5/10, 2017

_George T. Blackmore_ with permission YES
George T. Blackmore (P76942)
Attorneys for Plaintiff

Dated: 5/10, 2017

_James R. Shinar_
James R. Shinar (P42324)
Attorneys for Defendant

## ORDER OF DISMISSAL

A Stipulation of the parties hereto providing that the above-entitled cause has been settled and compromised and that said cause may be dismissed with prejudice and without costs, interest or attorney fees to any party having been filed herein, and the Court being otherwise fully advised in the premises;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the above-entitled cause is hereby dismissed with prejudice and without costs, interest or attorney fees.

Dated: __May 12__, 2017

/s/ Phillip J. Green
Hon. Phillip J. Green
Magistrate Judge